37,925-01,02,03,04,05,06,07,08,09,10

Rodolfo Garcia 768418
LH.1098 S.HWY    2037
Ft.Stockton,TX.79735


Court of Criminal Appeals of Texas
P.O.BOX 12308,Capitol Station,
Austin,Texas 78711                              August 10,2015


The State of Texas Vs.Rodolfo Garcia.Cause No.2154 and 2156.


RE:   Request for Court Events and dates.


Dear Court of Criminal Appeals Clerk;

     I would like to obtain dates and write numbers approximate

and howmany 11.07 I have filed in your court.My District court

are  refusing  to  provid  me  with  this information that is why

I  am  requesting  to  you  with all the events that I have filed

before in this Court and the numbers of the writes,please.

Thank you and I appreciated for your time.


                                    Sincerely yours,

                                    *Rodolfo A. Garcia*

                                    Garcia,R.#768418
                                    SID#02559852
                                    LH.1098 S.HWY 2037
                                    Ft.Stockton,TX79735


RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk


CC:File
Request for Court Events and dates;